██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNEL BALANEAN, Appellant. (Appeal No. 2.) [864 NYS2d 356]— Appeal from a judgment of the Oneida County Court (Joseph D. McGuire, J.), rendered June 12, 2000. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Balanean* (55 AD3d 1353 [2008]). Present—Smith, J.P., Lunn, Fahey and Peradotto, JJ.